E-FILED
Wednesday, 22 November, 2006 02:42:00 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JUSTIN SIKMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-cv-2027 |
| v. | ) | |
| | ) | The Honorable Michael P. McCuskey |
| LIEUTENANT MARK SCHWARK, | ) | Magistrate Judge David G. Bernthal |
| individually and in his capacity as a County of | ) | |
| Kankakee Correctional Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**SWORN AFFIDAVIT OF JASON W. ROSE**

I, JASON W. ROSE, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. I am one of the attorneys in the above captioned case and was the primary attorney responsible for researching and drafting Defendants' Motion to Compel Plaintiff to Answer Questions at His Deposition and for Sanctions.

2. On November 7, 2006, Judge David Bernthal granted Defendants' motion and ordered Plaintiff to appear for the continuation of his deposition. The Court also awarded all reasonable attorneys' fees and costs incurred in connection with the bringing of Defendants' motion. The Court also directed in its order that defense counsel file an affidavit of the attorneys' fees and costs incurred in connection with Defendants' motion.

3. Defendants' motion required substantial research and also required counsel to meticulously review the transcript from Plaintiff's deposition on September 14, 2006. The motion also required counsel to research when a party may refuse to answer questions at a deposition and when counsel can instruct his client not to answer questions.

4. Defendants' motion was eight pages long. Altogether affiant and the counsel who reviewed Defendants' motion, Mike Condon, collectively worked 13.5 hours on the research and filing of Defendants' motion. Defendants billed their clients' insurer at a rate of $160.00 per hour for that time. Accordingly, the Defendants have incurred $2,160.00 in attorneys' fees in connection with Defendants' Motion to Compel.

WHEREFORE, Defendants respectfully ask that Plaintiff's counsel, Charles Ruch Jr., be sanctioned $2,160.00, because of his misconduct in this case.

Further affiant sayeth not.

**s/ Jason W. Rose**

JASON W. ROSE, Atty Bar No. 06208130
One of the Attorneys for the Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jrose@hcbattorneys.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JUSTIN SIKMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-CV-2027 |
| v. | ) | |
| | ) | The Honorable Michael P. McCuskey |
| LIEUTENANT MARK SCHWARK, | ) | Magistrate Judge David G. Bernthal |
| individually and in his capacity as a County of | ) | |
| Kankakee Correctional Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2006, I filed the foregoing ***Sworn Affidavit of Jason W. Rose*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following participant:

**TO:** Charles E. Ruch, Jr.
Attorney at Law
201 Park Place
Suite 22
Bourbonnais, IL 60914
chuckruch@msn.com

**s/ Jason W. Rose**
JASON W. ROSE, Atty Bar No. 06208130
One of the Attorneys for the Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
jrose@hcbattorneys.com