E-FILED
Tuesday, 12 December, 2006 02:44:11 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JUSTIN SIKMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04 C 2027 |
| v. | ) | |
| | ) | The Honorable Michael P. McCuskey |
| LIEUTENANT MARK SCHWARK, | ) | Magistrate Judge David G. Bernthal |
| individually and in his capacity as a County of | ) | |
| Kankakee Correctional Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Rule 41 of the Federal Rules of Civil Procedure, who stipulate to the dismissal of this case with prejudice, with each party bearing responsibility for its own costs and any and all attorney's fees. Defendants further agree to waive any and all award of sanctions against Plaintiff's attorney Charles E. Ruch, Jr.

DATED: December 12, 2006

**s/ Charles E. Ruch, Jr.**
Charles E. Ruch, Jr.
Attorney at Law
396 S. Kennedy
Bradley, IL 60915
Ph: 815-933-3330
Fax: 815-935-2925
chuckruch@msn.com

**s/ Michael W. Condon**
MICHAEL W. CONDON
Atty No.: 06192071
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143
Ph: 630-773-4774
Fax: 630-773-4851
mcondon@hcbattorneys.com

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| JUSTIN SIKMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04 C 2027 |
| v. | ) | |
| | ) | The Honorable Michael P. McCuskey |
| LIEUTENANT MARK SCHWARK, | ) | Magistrate Judge David G. Bernthal |
| individually and in his capacity as a County of | ) | |
| Kankakee Correctional Officer, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2006, I electronically filed the foregoing ***Agreed Stipulation to Dismiss*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

**TO:** Charles E. Ruch, Jr.
Attorney at Law
396 S. Kennedy
Bradley, IL 60915
chuckruch@msn.com

This certificate of service was electronically filed with the Clerk of the Court on December 12, 2006, using the CM/ECF system which will send notification of such filing to any CM/ECF participants.

**s/ Michael W. Condon**
MICHAEL W. CONDON, Atty Bar No. 06192071
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
630-773-4774
mcondon@hcbattorneys.com